1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

RENAE K BAKKEN,

                 Plaintiff,

   v.

COMMISSIONER  OF SOCIAL
SECURITY,

               Defendant.

Case No. C21-1039 TLF

ORDER TO SHOW CAUSE

12

13

14

15

16

      This matter comes before the Court on plaintiff's filing of an application to
proceed *in forma pauperis* and a complaint to review and set aside a decision of the
Social Security Administration under 42 U.S.C. § 405(g). The Court directs plaintiff to
show cause why plaintiff is unable to pay the $402.00 filing fee or pay the $402.00 filing
fee.

17

DISCUSSION

18

19

20

21

22

23

24

25

      To file a complaint and initiate legal proceedings plaintiff must pay a Court filing
fee of $402.00 or file a proper application to proceed *in forma pauperis*. The district
court may permit indigent litigants to proceed *in forma pauperis* upon completion of a
proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the Court has broad
discretion in denying an application to proceed *in forma pauperis. Weller v. Dickson,*
314 F.2d 598, 599 (9th Cir. 1963). By requesting the Court to proceed in *in forma*

ORDER TO SHOW CAUSE - 1

1    *pauperis,* plaintiff is asking the government to incur the filing fee because plaintiff

2    allegedly is unable to afford the costs necessary to proceed with the cause of action.

3           Plaintiff has filed an application requesting to proceed *in forma pauperis.* Dkt. 1.

4    Based on plaintiff's application it appears that plaintiff has had some level of income

5    over the past twelve months with additional funds in checking and savings accounts

6    exceeding the Court filing fee. *Id.* Plaintiff's application does not identify plaintiff's

7    monthly expenses and does not provide any other information explaining why plaintiff

8    cannot afford the Court's filing fee. *Id.* Accordingly, it is not clear from plaintiff's

9    application that plaintiff is unable to pay the filing fee because the application does not

10   allow the Court to adequately evaluate plaintiff's financial situation.

11          For the foregoing reasons, plaintiff is ordered to show cause why plaintiff's IFP

12   Application should not be denied or pay the $402.00 filing fee by September 17, 2021.

13          Dated this 31st day of August, 2021.

14

15

16   _____

17   Theresa L. Fricke
     United States Magistrate Judge

18

19

20

21

22

23

24

25

ORDER TO SHOW CAUSE - 2